# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KESHIK MOBILE POWER SYSTEMS, INC.,**
Appellant,

v.

**POINT BLANK ENTERPRISES, INC.,**
Appellee.

No. 4D22-2511

[February 9, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson and Jack Tuter, Judges; L.T. Case No. CACE22-010449.

Jennifer Anne Gore Maglio and Benjamin A. Christian of mctlaw, Sarasota, for appellant.

Clay M. Carlton, Brad Fagg, and Michael J. Ableson of Morgan, Lewis & Bockius LLP, Miami, and Leonard K. Samuels of Berger Singerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***